C.S.

v.

**COVINGTON CTY. DEP'T
OF HUMAN RES.**

2130742

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

**Robin Bonita McDOUGAL**

v.

**Jonathan McDOUGAL**

2130751

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed

J.E.B.

v.

J.S.M.

2130759

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed

**Sharon Jaynae BISHOP**

v.

**Ervin Edward BISHOP, Jr.**

2130761

Court of Civil Appeals of Alabama.

02/06/2015

Affirmed

**Jack D. HARTLEY**

v.

**Frank KRUSE, adm'r, Estate of
Norma Horn, deceased**

2130766

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed